Argued October 27, affirmed November 8, 1976

HARMON, *Appellant,*

*v.*

STATE ACCIDENT INSURANCE FUND,

*Respondent.*

(No. 93410, CA 6342)

555 P2d 804

J. *David Kryger,* Albany, argued the cause for appellant.

*Kevin L. Mannix,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

Affirmed. *Pflughaupt v. SAIF,* 26 Or App 77, 552 P2d 284, Sup Ct review denied (1976).